IN THE **UNITED STATES BANKRUPTCY COURT**
FOR THE SOUTHERN DISTRICT OF TEXAS
**CORPUS CHRISTI** DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JIMMY SALAS, *et al* | § | CASE NO: **04-20422** |
|    Debtor(s) | § | |
| | § | CHAPTER 13 |
| | § | |
| CHRISTINE CASSELL SALAS, *et al* | § | |
|    Plaintiff(s) | § | |
| | § | |
| VS. | § | ADVERSARY NO. **04-2135** |
| | § | |
| TONY REYES | § | |
|    Defendant(s) | § | |

## FINAL JUDGMENT

On this day came on for consideration the trail of the above-referenced Adversary Proceeding. The Court, having heard the evidence and arguments of counsel and of the Defendant, *pro se*, and pursuant to the Findings of Fact and Conclusions of Law entered herewith, finds that judgment should be entered in favor of Plaintiffs.

It is therefore ORDERED that Judgment is hereby granted in favor of Plaintiffs and they shall recover damages in the amount of $11,546.74 from the Defendant, Tony Reyes, with post-judgment interest in the amount of 4.34% per annum.

It is further ORDERED that Plaintiff's Objection to the Proof of Claim of Tony Reyes is hereby SUSTAINED and the claim is hereby DISALLOWED.

SIGNED 01/11/2006.

2 / 2

*[signature]*

RICHARD S SCHMIDT
United States Bankruptcy Judge